# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMMEX CORPORATION, a Washington corporation, | Case No. 2:23-cv-01411-JHC |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN DOES 1-10, | |
| Defendants. | |

This matter comes before the Court on the Motion of Plaintiff AMMEX Corporation (Dkt. # 6) for entry of an order granting it leave to serve third-party subpoenas prior to a Rule 26(f) conference. The Court DENIES the motion without prejudice. Plaintiff may resubmit the motion along with a supporting sworn declaration. *See e.g., Cobbler Nevada, LLC v. Does–32*, No. C15–1432RSM, 2015 WL 5315948, at *1 (W.D. Wash. Sept. 11, 2015); *see also*, Order Granting Plaintiff's Ex Parte Motion for Leave to Seek Early Discovery, *Starbucks Corp. v. Does–1-10 (*No. 2:22-cv-01481-JHC Dkt. # 9).

DATED this 2nd day of October, 2023

_____
John H. Chun
United States District Court Judge

ORDER - 1