**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| AMMEX CORPORATION, a Washington corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-10,<br><br>              Defendants. | Case No. 2:23-cv-01411-JHC<br><br>ORDER GRANTING RENEWED MOTION FOR LEAVE TO SERVE EARLY DISCOVERY |

This matter comes before the Court upon the Renewed Motion of Plaintiff AMMEX Corporation ("AMMEX" or "Plaintiff") (Dkt. # 8) for entry of an order granting it leave to serve third-party subpoenas (*see* Dkt. # 10 at Exhibits 1 through 5) prior to a Rule 26(f) conference.

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

**IT IS HEREBY FURTHER ORDERED** that Plaintiff is granted leave to serve subpoenas on non-parties listed in the moving papers and demonstrated by Plaintiff to be likely to possess documents and information related to identifying John Doe Defendants.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff is granted leave to serve subpoenas on third parties listed in the moving papers, seeking documents and information related to the identities and contact information of their sources of AMMEX products in substantially the same

form as the subpoenas submitted as Dkt. # 10 at Exhibits 1 through 5 on Yudi Buckwold; Genuine Products Supply LLC and/or its principal(s); NY Healthlife LLC and/or its principal(s); The Final Frontier Apparel LLC and/or its principal(s); and Amazon.com Inc.

DATED this 17th day of October 2023.

_____
Honorable John H. Chun
United States District Judge