UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **AMMEX CORPORATION**, a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**JOHN DOES 1-10**,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:23-cv-01411-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO SERVE COMPLAINT ON JOHN DOE DEFENDANTS |

**ORDER**

Upon consideration of the Motion for Leave for Extension of Time to Serve John Doe Defendants (Dkt. # 13) filed by Plaintiff AMMEX Corporation ("AMMEX" or "Plaintiff"), and for good cause shown, it is hereby ORDERED that Plaintiff is granted leave for an extension of its deadline to serve the Complaint on John Doe Defendants. Plaintiff shall have ninety (90) days from entry of this order to effect service on John Doe Defendants, pursuant to Fed. R. Civ. P. 4(m) and 6(b).

IT IS SO ORDERED.

DATED this 11th day of December 2023.

_____
John H. Chun
United States District Court Judge

ORDER GRANTING MOTION FOR LEAVE - 1