**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| AMMEX CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:23-cv-01411-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO SERVE COMPLAINT ON JOHN DOE DEFENDANTS |

Upon consideration of the Second Motion for Leave for Extension of Time to Serve John Doe Defendants filed by Plaintiff AMMEX Corporation ("AMMEX" or "Plaintiff"), Dkt. # 16, and for good cause shown, it is hereby **ORDERED** that Plaintiff is granted leave for an extension of its deadline to serve the Complaint on John Doe Defendants. Plaintiff shall have 90 days from entry of this order to effect service on John Doe Defendants, pursuant to Fed. R. Civ. P. 4(m) and 6(b).

DATED this 7th day of March 2024.

　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING SECOND MOTION FOR LEAVE - 1