**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMMEX CORPORATION, a Washington corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10,<br><br>         Defendants. | Case No. 2:23-cv-01411-JHC<br><br>**ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR LEAVE TO EXTEND TIME TO SERVE COMPLAINT ON JOHN DOE DEFENDANTS** |

Upon consideration of Plaintiff's Third Motion for Leave for Extension of Time to Serve John Doe Defendants filed by Plaintiff AMMEX Corporation ("AMMEX" or "Plaintiff") (Dkt. # 19), and for good cause shown, it is hereby ORDERED that Plaintiff is granted leave for an extension of its deadline to serve the Complaint on John Doe Defendants. Plaintiff shall have 75 days from entry of this order to effect service on John Doe Defendants, pursuant to Fed. R. Civ. P. 4(m) and 6(b).

IT IS SO ORDERED.

DATED this 4th day of June, 2024

_____
John H. Chun
United States District Court Judge

ORDER GRANTING PLAINTIFF'S THIRD MOTION
FOR LEAVE - 1