UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMMEX CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-01411-JHC<br><br>ORDER |

This matter comes before the Court upon the second Motion of Plaintiff AMMEX Corporation ("AMMEX" or "Plaintiff") (Dkt. No. 22) for entry of an order granting it leave to serve third-party subpoenas (*see* Dkt. No. 23 at Exhibits 1 through 7) prior to a Rule 26(f) conference. For good cause shown, Plaintiff's Motion is GRANTED.

IT IS ORDERED that Plaintiff is granted leave to serve subpoenas on non-parties demonstrated by Plaintiff to be likely to possess documents and information related to identifying John Doe Defendants. Specifically, IT IS ORDERED that Plaintiff is granted leave to serve subpoenas on third parties seeking documents and information related to the identities and contact information of their sources of AMMEX products in substantially the same form as the subpoenas submitted as Dkt. No. 23 at Exhibits 1 through 7 on Business Facts Distribution LLC and/or its principal(s); Plexon Inc. and/or its principal(s); Priceless Wholesale, LLC and/or

ORDER- 1
CASE NO. 2:23-CV-01411-JHC

its principal(s); Estonce, Inc. and/or its principal(s); Star Hair Inc. and/or its principal(s); Save More Wholesale Inc and/or its principal(s); and JMJ Consulting Group Inc.

    IT IS FURTHER ORDERED that Plaintiff is granted an extension to October 31, 2024, to name and serve John Doe Defendants.

    DATED this 10th day of July, 2024.

_____
John H. Chun
United States District Court Judge

ORDER- 2
CASE NO. 2:23-CV-01411-JHC